No. 522. LANE *v.* TEXAS. Ct. Crim. App. Tex. Motion to dispense with printing petition granted. Certiorari denied. *Emmett Colvin, Jr.,* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender,* and *Robert E. Owen,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.

No. 857. MILLER, AKA COPPOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Steven B. Duke* and *W. Paul Flynn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1200. POWELL *v.* COMMITTEE ON ADMISSIONS AND GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Edmund L. Jones, Francis W. Hill, Jr.,* and *Roger Robb* for respondent.

No. 1364. COMMISSIONER OF INTERNAL REVENUE *v.* SUGAR DADDY, INC., ET AL.; and

No. 1389. WEINBERG ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Solicitor General Griswold* for petitioner in No. 1364. *Ernest George Williams* for petitioners, and *Mr. Griswold, Assistant Attorney General Rogovin, Gilbert E. Andrews,* and *Louis M. Kauder* for respondent in No. 1389. Reported below: 386 F. 2d 836.